**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 07-31532 | JCW | Judge: J. Craig Whitley, Jr. | | Trustee Name: | STAN CAMPBELL |
| Case Name: | ESA ENVIRONMENTAL | | | | Date Filed (f) or Converted (c): | 08/01/07 (f) |
| | | | | | 341(a) Meeting Date: | 04/02/08 |
| For Period Ending: | 03/31/13 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUNDS | 0.00 | 0.00 | OA | 0.00 | 0.00 |
| IRS REFUND OF EMPLOYER TAX WITHHOLDING INCLUDES 782.56 INTEREST | | | | | |
| 2. BANK ACCOUNTS | Unknown | N/A | | 204,390.00 | FA |
| Funds from SunTrust account ending in 238 | | | | | |
| 3. Fireman's Insurance Company Preference Settlement | 0.00 | 3,000.00 | | 114,516.46 | 0.00 |
| Settlement to Debtor from Fireman's Insurance Company | | | | | |
| 4. H&P Construction, Inc. Preference Settlement (u) | 0.00 | 19,283.00 | | 6,500.00 | 0.00 |
| Settlement agreement - preference exposure of $19,283.00; settled for $6,500 ($1500 due 12/15/09; $1,000 due 1/15/10, 2/15/10, 3/15/10, 4/15/10 and 5/15/10. | | | | | |
| 5. Hertz Equipment Rental Preference Settlement (u) | 0.00 | 0.00 | | 1,000.00 | 0.00 |
| Settlement of preference action for $1,000 | | | | | |
| 6. American Express Preference Settlement | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. Katten Muchin Rosenman Preference Settlement | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. AUTOMOBILES AND OTHER VEHICLES (u) | 0.00 | 3,335.00 | | 3,335.00 | 0.00 |
| 1989 Ford F700 Drill Truck | | | | | |
| 9. Eglin AFB Account Receivable (u) | 0.00 | 44,946.76 | | 44,946.76 | 0.00 |
| 10. ACCOUNTS RECEIVABLE | 0.00 | 3,598.97 | | 3,632.76 | 0.00 |
| 2003 workers comp dividend | | | | | |
| 11. US Corps of Engineers Contract DACA65-02-D-0055 (u) | 0.00 | 33,500.00 | | 33,500.00 | FA |
| Settlement | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 232.09 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $0.00   $107,663.73   $412,053.07   $0.00

LFORM1   Ver: 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 07-31532 JCW Judge: J. Craig Whitley, Jr. | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Date Filed (f) or Converted (c): | 08/01/07 (f) |
| | | 341(a) Meeting Date: | 04/02/08 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   / /        Current Projected Date of Final Report (TFR):   / /

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9125  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | | Transfer from Acct #*******0654 | Bank Funds Transfer | 9999-000 | 4,000.00 | | 4,000.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,000.00 | 0.00 | 4,000.00 |
| Less:  Bank Transfers/CD's | 4,000.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    4,000.00    0.00

Ver: 17.01

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9133  Checking - Non Interest |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 206,834.10 | | 206,834.10 |

| | | |
|---|---|---|
| COLUMN TOTALS | 206,834.10 | 0.00 | 206,834.10 |
| Less: Bank Transfers/CD's | 206,834.10 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     206,834.10     0.00

Ver: 17.01

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 07-31532 -JCW | | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9979 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5096 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/08 | | INTERNAL REVENUE SERVICE US TREASURY AUSTIN, TEXAS 2221-841-30964 F-941 REF | TAX REFUND ( FED) | 1124-000 | 91,943.10 | | 91,943.10 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.40 | | 91,947.50 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 11.68 | | 91,959.18 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 11.31 | | 91,970.49 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 11.68 | | 91,982.17 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 11.68 | | 91,993.85 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 11.31 | | 92,005.16 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 8.92 | | 92,014.08 |
| 11/21/08 | 2 | ESA ENVIRONMENTAL SPECIALIST INC. | | 1129-000 | 204,390.00 | | 296,404.08 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 9.11 | | 296,413.19 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 17.17 | | 296,430.36 |
| 01/05/09 | | FIRST CHARTER INSURANCE SERVICES 1051 East Morehead Street Suite 100 Charlotte, NC 28204 | Miscellaneous Income | 1290-000 | 1,741.00 | | 298,171.36 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 7.58 | | 298,178.94 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 6.86 | | 298,185.80 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 7.60 | | 298,193.40 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 17.16 | | 298,210.56 |
| 05/12/09 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 203,442.00 | 94,768.56 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.88 | | 94,777.44 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.90 | | 94,781.34 |
| 07/13/09 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 27,407.01 | 67,374.33 |
| 07/15/09 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 8,269.04 | 59,105.29 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.12 | | 59,108.41 |
| | | | Page Subtotals | | 298,226.46 | 239,118.05 | |

LFORM24

Ver: 17.01

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9979 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.50 | | 59,110.91 |
| 08/31/09 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 3,983.45 | 55,127.46 |
| 09/03/09 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 3,412.50 | 51,714.96 |
| 09/03/09 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 15,010.92 | 36,704.04 |
| 09/25/09 | 3 | Fireman's Insurance Company of Washington DC | | 1149-000 | 3,000.00 | | 39,704.04 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 39,705.04 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 39,706.05 |
| 11/18/09 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 4,950.75 | 34,755.30 |
| 11/20/09 | 3 | Crest Envrionmental Services Corp | | 1249-000 | 2,500.00 | | 37,255.30 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.93 | | 37,256.23 |
| 11/30/09 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 11,543.94 | 25,712.29 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.66 | | 25,712.95 |
| 01/12/10 | 3 | Aetna  Inc 151 Farmington Avenue Hartford, CT  06156 | | 1241-000 | 24,079.35 | | 49,792.30 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.98 | | 49,793.28 |
| 01/30/10 | 3 | Robinson & Associates, PLLC 8700 Crownhill Blvd Suite 700 San Antonio, TX  78209 | | 1241-000 | 750.00 | | 50,543.28 |
| 01/30/10 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 3,862.02 | 46,681.26 |
| 02/08/10 | 3 | Katten Muchin Rosenman LLP 525 W. Monroe Street Chicago, IL  50661-3693 | | 1249-000 | 27,452.11 | | 74,133.37 |
| 02/15/10 | 3 | American Express Travel Services 20002 North 19th Avenue Phoenix, AZ  85027 | | 1110-000 | 44,235.00 | | 118,368.37 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.87 | | 118,371.24 |
| 03/02/10 | | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 | | 6,731.98 | 111,639.26 |

Page Subtotals        102,026.41        49,495.56

Ver: 17.01

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******9979  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5096 |  |  |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.75 |  | 111,644.01 |
| 04/06/10 |  | Transfer to Acct #*******0654 | TRANSFER TO WRITE CHECKS | 9999-000 |  | 3,145.16 | 108,498.85 |
| 04/29/10 | 3 | Robinson & Associates, PLLC | PREFERENCE CLAIM | 1241-000 | 500.00 |  | 108,998.85 |
|  |  | 8700 Crownhill Blvd., Suite 700 |  |  |  |  |  |
|  |  | San Antonio, TX  78209 |  |  |  |  |  |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.48 |  | 109,003.33 |
| 05/26/10 |  | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 |  | 4,119.49 | 104,883.84 |
| * 05/27/10 | 2 | SHUFORD HUNTER, PLLC | Miscellaneous Income | 1290-003 | 416.25 |  | 105,300.09 |
|  |  | 301 S. MCDOWELL STR |  |  |  |  |  |
|  |  | STE 1012 |  |  |  |  |  |
|  |  | CHARLOTTE, NC 28204 |  |  |  |  |  |
| * 05/27/10 | 2 | SHUFORD HUNTER, PLLC | Miscellaneous Income | 1290-003 | -416.25 |  | 104,883.84 |
|  |  | 301 S. MCDOWELL STR | Incorrect account |  |  |  |  |
|  |  | STE 1012 |  |  |  |  |  |
|  |  | CHARLOTTE, NC 28204 |  |  |  |  |  |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.62 |  | 104,888.46 |
| 06/03/10 | 4 | H&P Construction, Inc. | PREFERENCE CLAIM | 1241-000 | 1,000.00 |  | 105,888.46 |
|  |  | 456 Oak Street |  |  |  |  |  |
|  |  | Kulpmont, PA  17834 |  |  |  |  |  |
| 06/08/10 | 4 | Shuford Hunter, PLLC | PREFERENCE CLAIM | 1241-000 | 5,500.00 |  | 111,388.46 |
|  |  | Trust Account |  |  |  |  |  |
|  |  | 301 S. McDowell Street, Suite 1012 |  |  |  |  |  |
|  |  | Charlotte, NC  28204 |  |  |  |  |  |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.51 |  | 111,392.97 |
| 07/28/10 | 3 | ROBINSON & ASSOCIATES, PLLC | PREFERENCE CLAIM | 1149-000 | 1,250.00 |  | 112,642.97 |
|  |  | 88700 Crownhill Blvd., Suite 700 |  |  |  |  |  |
|  |  | San Antonio, TX  78209 |  |  |  |  |  |
| 07/29/10 |  | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 |  | 11,051.98 | 101,590.99 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.69 |  | 101,595.68 |

|  |  |  |  | Page Subtotals | 8,273.05 | 18,316.63 |  |

LFORM24

Ver: 17.01

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9979 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/10 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 12,093.87 | 89,501.81 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.87 | | 89,505.68 |
| 09/03/10 | 3 | ROBINSON & ASSOCIATES PLLC | PREFERENCE CLAIM | 1110-000 | 750.00 | | 90,255.68 |
| | | 8700 Crownhill Blvd., Suite 700 | | | | | |
| | | San Antonio, TX 78209 | | | | | |
| 09/15/10 | 000101 | BURT SHUFORD | ATTORNEY FOR TRUSTEE FEES | | | 6,039.30 | 84,216.38 |
| | | Shuford Hunter, PLLC | | | | | |
| | | 301 S. McDowell Street Ste 1012 | | | | | |
| | | Charlotte, NC 28204 | | | | | |
| | | | Fees 5,625.50 | 3210-000 | | | |
| | | | Expenses 413.80 | 3220-000 | | | |
| 09/27/10 | 5 | HERTZ EQUIPMENT RENTAL | | 1241-000 | 1,000.00 | | 85,216.38 |
| | | P.O. Box 25030 | | | | | |
| | | Oklahoma City, OK 73125 | | | | | |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.67 | | 85,220.05 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.62 | | 85,223.67 |
| 11/02/10 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 7,542.91 | 77,680.76 |
| 11/10/10 | 8 | RITCHIE BROS. AUCTIONEERS INC. | Proceeds from Sale of equipment | 1229-000 | 3,335.00 | | 81,015.76 |
| | | 4000 Pine Lake Rd. | | | | | |
| | | Lincoln, NE 68516 | | | | | |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.29 | | 81,019.05 |
| 12/15/10 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 6,942.13 | 74,076.92 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.29 | | 74,080.21 |
| 01/07/11 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 5,267.44 | 68,812.77 |
| 01/30/11 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 4,825.12 | 63,987.65 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.98 | | 63,990.63 |
| 02/24/11 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 3,285.20 | 60,705.43 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 60,705.92 |
| 03/10/11 | 9 | Eglin AFB | ACCOUNTS RECEIVABLE | 1221-000 | 44,946.76 | | 105,652.68 |

Page Subtotals  50,052.97  45,995.97

Ver: 17.01

LFORM24

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9979 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5096 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/11 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 1,342.51 | 104,310.17 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.81 | | 104,310.98 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 104,311.83 |
| 05/25/11 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 3,777.85 | 100,533.98 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.89 | | 100,534.87 |
| 06/24/11 | 10 | Florida Workers' Compensation JUA<br>PO Box 48957<br>Sarasota, FL 34230-5957 | | 1121-000 | 3,598.97 | | 104,133.84 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.86 | | 104,134.70 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.91 | | 104,135.61 |
| 08/16/11 | | USA Corps of Engineers<br>Finance Center<br>5722 Integrity Drive<br>Millington, Tn 38054-5005 | Settlement of Law Suit | 1249-000 | 74,147.83 | | 178,283.44 |
| 08/16/11 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 4,000.00 | 174,283.44 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.91 | | 174,284.35 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.82 | | 174,285.17 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.44 | | 174,286.61 |
| 11/08/11 | | Transfer to Acct #*******0654 | Bank Funds Transfer | 9999-000 | | 1,004.33 | 173,282.28 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.43 | | 173,283.71 |
| 12/22/11 | 10 | BAILEY & BAILEY, PC<br>230 Pereida Street<br>San Antonio, TX 78210-1145 | ATTORNEY FOR TRUSTEE FEES | 3210-000 | 33.79 | | 173,317.50 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.46 | | 173,318.96 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.48 | | 173,320.44 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.37 | | 173,321.81 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.46 | | 173,323.27 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.43 | | 173,324.70 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.47 | | 173,326.17 |

Page Subtotals 77,798.18 10,124.69

Ver: 17.01

LFORM24

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9979  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.41 | | 173,327.58 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.48 | | 173,329.06 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.47 | | 173,330.53 |
| 09/20/12 | 11 | US Corps of Engineers<br>Finance Center<br>5722 Integrity Drive<br>Millington, TN  38054-5005 | | 1221-000 | 33,500.00 | | 206,830.53 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.48 | | 206,832.01 |
| 10/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.75 | | 206,833.76 |
| 11/07/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 206,834.10 |
| 11/07/12 | | Transfer to Acct #*******9133 | Bank Funds Transfer | 9999-000 | | 206,834.10 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 569,885.00 | 569,885.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 563,845.70 | |
| Subtotal | 569,885.00 | 6,039.30 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 569,885.00 | 6,039.30 | |

Page Subtotals    33,507.93    206,834.10

LFORM24

Ver: 17.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0654 Checking - Non Interest |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/09 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 203,442.00 | | 203,442.00 |
| 05/12/09 | 001001 | US Department of Veterans Affairs<br>Agent Cashier, Wilmington,<br>VA Medical Center<br>1601 Kirkwood Highway<br>Wilmington, DE 19805 | Per order entered on 4-21-09<br>Doc # 248 | 1280-000 | | 135,667.00 | 67,775.00 |
| 05/12/09 | 001002 | US Department of Veteran Affairs<br>Agent Cashier<br>Lebanon VA Medical Center<br>1700 South Lincoln Avenue<br>Lebanon, PA 17402 | Per order entered on 4-21-09<br>Doc # 248 | 1280-000 | | 67,775.00 | 0.00 |
| 07/13/09 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 27,407.01 | | 27,407.01 |
| 07/13/09 | 001003 | BURT SHUFORD<br>Shuford Hunter, PLLC<br>301 S. McDowell Street Ste 1012<br>Charlotte, NC 28204 | ATTORNEY FOR TRUSTEE FEES<br>per order entered on 7-13-09 | | | 23,458.00 | 3,949.01 |
| | | | Fees 23,190.00 | 3110-000 | | | |
| | | | Expenses 268.00 | 3120-000 | | | |
| 07/13/09 | 001004 | BURT SHUFORD<br>Hunter & Shuford Law Firm PA<br>301 S. McDowell Street, Ste 1012<br>Charlotte, NC 28204 | ATTORNEY FOR TRUSTEE FEES<br>per order entered 7-13-09 | | | 3,949.01 | 0.00 |
| | | | Fees 3,947.50 | 3110-000 | | | |
| | | | Expenses 1.51 | 3120-000 | | | |
| 07/15/09 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 8,269.04 | | 8,269.04 |
| 07/15/09 | 001005 | STAN CAMPBELL<br>7210 TREVOR COURT<br>CHARLOTTE, NC 28270 | TRUSTEE COMMISSION<br>per order entered on 7-14-09 | | | 8,269.04 | 0.00 |

Page Subtotals 239,118.05 239,118.05

LFORM24

Ver: 17.01

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0654 Checking - Non Interest |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees           7,854.62 | 2100-000 | | | |
| | | | Expenses         414.42 | 2200-000 | | | |
| 08/31/09 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 3,983.45 | | 3,983.45 |
| 08/31/09 | 001006 | BAILEY & BAILEY, PC | ATTORNEY FOR TRUSTEE FEES | | | 3,983.45 | 0.00 |
| | | | Per order entered 8-31-09 | | | | |
| | | | Ft. Monroe - $8,052.87 | | | | |
| | | | Eglin AFB - $1,930.58 | | | | |
| | | | Fees           3,801.00 | 3210-000 | | | |
| | | | Expenses         182.45 | 3220-000 | | | |
| 09/03/09 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 3,412.50 | | 3,412.50 |
| 09/03/09 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 15,010.92 | | 18,423.42 |
| 09/03/09 | 001007 | L. SHOWELL BLADES, IV, P.A. | Special Counsel for Trustee | | | 3,412.50 | 15,010.92 |
| | | 142 Oaklanda Ave, Ste C | Special Counsel fees and expenses per order entered | | | | |
| | | PO Box 10671 | 9-1-09 | | | | |
| | | Rock Hill, SC 29731 | | | | | |
| | | | Fees           3,262.50 | 3110-000 | | | |
| | | | Expenses         150.00 | 3120-000 | | | |
| 09/03/09 | 001008 | BURT SHUFORD | ATTORNEY FOR TRUSTEE FEES | | | 15,010.92 | 0.00 |
| | | Shuford Hunter, PLLC | per order entered 8-28-09 | | | | |
| | | 301 S. McDowell Street Ste 1012 | | | | | |
| | | Charlotte, NC 28204 | | | | | |
| | | | Fees          13,845.00 | 3210-000 | | | |
| | | | Expenses       1,165.92 | 3220-000 | | | |
| 11/18/09 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 4,950.75 | | 4,950.75 |
| 11/18/09 | 001009 | EDWARD BOWERS | ACCOUNTING FEES | | | 4,950.75 | 0.00 |
| | | MIDDLESWORTH BOWERS & CO. LLP | | | | | |
| | | 219-A WILMOT DR. | | | | | |
| | | GASTONIA, NC  28054 | | | | | |
| 11/30/09 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 11,543.94 | | 11,543.94 |

Page Subtotals       38,901.56       27,357.62

Ver: 17.01

LFORM24

FORM 2                                                                                                      Page: 11
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0654  Checking - Non Interest |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/09 | 001010 | BURT SHUFORD<br>Shuford Hunter, PLLC<br>301 S. McDowell Street Ste 1012<br>Charlotte, NC 28204 | ATTORNEY FOR TRUSTEE FEES<br>Per Court Order | | | 11,543.94 | 0.00 |
| 01/05/10 | 3 | Katten Muchin Rosemnmann LLP<br>525 W Monroe Street<br>Chicago, IL  60691-3683 | | 1241-000 | 10,000.00 | | 10,000.00 |
| 01/08/10 | 001011 | Bailey & Bailey, PC<br>115 East Travis Street<br>Suite 711<br>San Antonio, TX  78205-1614 | $937.88 for Ft. Monroe Matter<br>$2,150.18 for Eglin Air Force Base Matter<br>Per COurt Order Dated 1/6/2010 | | | 3,088.06 | 6,911.94 |
| 01/30/10 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 3,862.02 | | 10,773.96 |
| 01/30/10 | 001012 | BURT SHUFORD<br>Shuford Hunter, PLLC<br>301 S. McDowell Street Ste 1012<br>Charlotte, NC 28204 | ATTORNEY FOR TRUSTEE FEES | | | 10,773.96 | 0.00 |
| | | | Fees            10,115.00 | 3210-000 | | | |
| | | | Expenses            658.96 | 3220-000 | | | |
| 03/02/10 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 6,731.98 | | 6,731.98 |
| 03/02/10 | 001013 | BURT SHUFORD<br>Shuford Hunter, PLLC<br>301 S. McDowell Street Ste 1012<br>Charlotte, NC 28204 | ATTORNEY FOR TRUSTEE FEES | 3210-000 | | 6,731.98 | 0.00 |
| 04/06/10 | | Transfer from Acct #*******9979 | TRANSFER TO WRITE CHECKS | 9999-000 | 3,145.16 | | 3,145.16 |
| 04/06/10 | 001014 | BURT SHUFORD<br>Shuford Hunter, PLLC<br>301 S. McDowell Street Ste 1012<br>Charlotte, NC 28204 | ATTORNEY FOR TRUSTEE FEES | | | 3,145.16 | 0.00 |
| | | | Fees             2,856.00 | 3210-000 | | | |

Page Subtotals       23,739.16      35,283.10

LFORM24                                                                                                  Ver: 17.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | | Trustee Name: | STAN CAMPBELL |
| Case Name: | ESA ENVIRONMENTAL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0654 Checking - Non Interest |
| Taxpayer ID No: | *******5096 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses           289.16 | 3220-000 | | | |
| 05/26/10 | | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 4,119.49 | | 4,119.49 |
| 05/26/10 | 001015 | BURT SHUFORD<br>Shuford Hunter, PLLC<br>301 S. McDowell Street Ste 1012<br>Charlotte, NC 28204 | ATTORNEY FOR TRUSTEE FEES | | | 4,119.49 | 0.00 |
| | | | Fees              3,798.00 | 3210-000 | | | |
| | | | Expenses           321.49 | 3220-000 | | | |
| 07/29/10 | | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 11,051.98 | | 11,051.98 |
| 07/29/10 | 001016 | BURT SHUFORD<br>Shuford Hunter, PLLC<br>301 S. McDowell Street Ste 1012<br>Charlotte, NC 28204 | ATTORNEY FOR TRUSTEE FEES | | | 11,051.98 | 0.00 |
| | | | Fees             10,847.50 | 3110-000 | | | |
| | | | Expenses           204.48 | 3120-000 | | | |
| 08/04/10 | | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 12,093.87 | | 12,093.87 |
| 08/04/10 | 001017 | BAILEY & BAILEY, PC<br>115 E. Travis, Suite 711<br>San Antonio, TX  78205 | ATTORNEY FOR TRUSTEE FEES<br>$4604.10 fees and 73.52 expenses for Ft. Monroe Matter<br>$7343.65 fees and $72.60 expenses for Eglin Air Force Base matter<br>Order dated 8/3/10 | | | 12,093.87 | 0.00 |
| | | | Fees             11,947.75 | 3210-000 | | | |
| | | | Expenses           146.12 | 3220-000 | | | |
| 11/02/10 | | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 7,542.91 | | 7,542.91 |
| 11/02/10 | 001018 | SHUFORD HUNTER, PLLC<br>301 S. MCDOWELL STR<br>STE 1012<br>CHARLOTTE, NC 28204 | ATTORNEY FOR TRUSTEE FEES | | | 7,542.91 | 0.00 |

Page Subtotals        34,808.25        34,808.25

Ver: 17.01

LFORM24

FORM 2

Page: 13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 07-31532 -JCW | | Trustee Name: | STAN CAMPBELL |
| Case Name: | ESA ENVIRONMENTAL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0654  Checking - Non Interest |
| Taxpayer ID No: | *******5096 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees           7,416.50 | 3110-000 | | | |
| | | | Expenses        126.41 | 3120-000 | | | |
| 12/15/10 | | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 6,942.13 | | 6,942.13 |
| 12/15/10 | 001019 | BAILEY & BAILEY, PC<br>115 E. Travis, Suite 711<br>San Antonio, TX  78205 | ATTORNEY FOR TRUSTEE FEES | | | 6,942.13 | 0.00 |
| | | | Fees           6,873.30 | 3210-000 | | | |
| | | | Expenses         68.83 | 3220-000 | | | |
| 01/07/11 | | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 5,267.44 | | 5,267.44 |
| 01/07/11 | 001020 | A. BURTON SHUFORD, ESQ.<br>The Bain Group, PLLC<br>8301 University Exec. Park Dr., Ste. 120<br>Charlotte, NC  28262 | ATTORNEY FOR TRUSTEE FEES | | | 5,267.44 | 0.00 |
| | | | Fees           4,861.50 | 3210-000 | | | |
| | | | Expenses        405.94 | 3220-000 | | | |
| 01/30/11 | | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 4,825.12 | | 4,825.12 |
| 01/30/11 | 001021 | A. BURTON SHUFORD, ESQ.<br>The Bain Group, PLLC<br>8301 University Exec. Park Dr., Ste. 120<br>Charlotte, NC  28262 | ATTORNEY FOR TRUSTEE FEES | | | 4,825.12 | 0.00 |
| | | | Fees           4,538.00 | 3210-000 | | | |
| | | | Expenses        287.12 | 3220-000 | | | |
| 02/24/11 | | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 3,285.20 | | 3,285.20 |
| 02/24/11 | 001022 | A. BURTON SHUFORD, ESQ.<br>The Bain Group, PLLC<br>8301 University Exec. Park Dr., Ste. 120<br>Charlotte, NC  28262 | ATTORNEY FOR TRUSTEE FEES | | | 3,285.20 | 0.00 |
| | | | Fees           3,173.50 | 3210-000 | | | |
| | | | Expenses        111.70 | 3220-000 | | | |

|  |  |  |
|---|---|---|
| Page Subtotals | 20,319.89 | 20,319.89 |

LFORM24

Ver: 17.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******0654 Checking - Non Interest |
| Taxpayer ID No: | *******5096 |  |  |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Check | Paid To / Received From | Description | Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 03/30/11 |  | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 1,342.51 |  | 1,342.51 |
| * 03/30/11 | 001023 | A. BURTON SHUFORD, ESQ. | ATTORNEY FOR TRUSTEE FEES |  |  | 1,324.51 | 18.00 |
|  |  | The Bain Group, PLLC |  |  |  |  |  |
|  |  | 8301 University Exec. Park Dr., Ste. 120 |  |  |  |  |  |
|  |  | Charlotte, NC 28262 |  |  |  |  |  |
|  |  |  | Fees        1,315.80 | 3210-003 |  |  |  |
|  |  |  | Expenses        8.71 | 3220-003 |  |  |  |
| * 03/30/11 | 001023 | A. BURTON SHUFORD, ESQ. | ATTORNEY FOR TRUSTEE FEES |  |  | -1,324.51 | 1,342.51 |
|  |  | The Bain Group, PLLC |  |  |  |  |  |
|  |  | 8301 University Exec. Park Dr., Ste. 120 |  |  |  |  |  |
|  |  | Charlotte, NC 28262 |  |  |  |  |  |
|  |  |  | Fees     (  1,315.80 ) | 3210-003 |  |  |  |
|  |  |  | Expenses  (     8.71 ) | 3220-003 |  |  |  |
| 03/30/11 | 001024 | BAILEY & BAILEY, PC | ATTORNEY FOR TRUSTEE FEES |  |  | 1,324.51 | 18.00 |
|  |  | 230 Pereida Street |  |  |  |  |  |
|  |  | San Antonio, TX 78210-1145 |  |  |  |  |  |
|  |  |  | Fees        1,315.80 | 3210-000 |  |  |  |
|  |  |  | Expenses        8.71 | 3220-000 |  |  |  |
| 05/25/11 |  | Transfer from Acct #*******9979 | Bank Funds Transfer | 9999-000 | 3,777.85 |  | 3,795.85 |
| * 05/25/11 | 001025 | BURT SHUFORD | ATTORNEY FOR TRUSTEE FEES |  |  | 3,184.60 | 611.25 |
|  |  | Shuford Hunter, PLLC |  |  |  |  |  |
|  |  | 301 S. McDowell Street Ste 1012 |  |  |  |  |  |
|  |  | Charlotte, NC 28204 |  |  |  |  |  |
|  |  |  | Fees        2,701.50 | 3110-003 |  |  |  |
|  |  |  | Expenses      483.10 | 3120-003 |  |  |  |
| * 05/25/11 | 001025 | BURT SHUFORD | ATTORNEY FOR TRUSTEE FEES |  |  | -3,184.60 | 3,795.85 |
|  |  | Shuford Hunter, PLLC |  |  |  |  |  |
|  |  | 301 S. McDowell Street Ste 1012 |  |  |  |  |  |
|  |  | Charlotte, NC 28204 |  |  |  |  |  |

|  |  |  | Page Subtotals | 5,120.36 | 1,324.51 |
|---|---|---|---|---|---|

LFORM24

Ver: 17.01

**FORM 2**    Page: 15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-31532 -JCW | Trustee Name: | STAN CAMPBELL |
|---|---|---|---|
| Case Name: | ESA ENVIRONMENTAL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0654 Checking - Non Interest |
| Taxpayer ID No: | *******5096 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| 05/25/11 | 001026 | A. BURTON SHUFORD, ESQ.<br>The Bain Group, PLLC<br>8301 University Exec. Park Dr., Ste. 120<br>Charlotte, NC 28262 | Fees   ( 2,701.50 )<br>Expenses   ( 483.10 )<br>ATTORNEY FOR TRUSTEE FEES | | 3110-003<br>3120-003 | | 3,184.60 | 611.25 |
| 05/25/11 | 001027 | EDWARD BOWERS<br>MIDDLESWORTH BOWERS & CO. LLP<br>219-A WILMOT DR.<br>GASTONIA, NC 28054 | Fees   2,701.50<br>Expenses   483.10<br> | | 3110-000<br>3120-000<br>3410-000 | | 611.25 | 0.00 |
| 08/16/11 | | Transfer from Acct #*******9979 | Bank Funds Transfer | | 9999-000 | 4,000.00 | | 4,000.00 |
| 11/08/11 | | Transfer from Acct #*******9979 | Bank Funds Transfer | | 9999-000 | 1,004.33 | | 5,004.33 |
| 11/08/11 | 001028 | BAILEY & BAILEY, PC<br>230 Pereida Street<br>San Antonio, TX 78210-1145 | ATTORNEY FOR TRUSTEE FEES<br><br>Fees   997.50<br>Expenses   6.83 | | <br><br>3110-000<br>3120-000 | | 1,004.33 | 4,000.00 |
| 11/07/12 | | Transfer to Acct #*******9125 | Bank Funds Transfer | | 9999-000 | | 4,000.00 | 0.00 |

                                                  Page Subtotals     5,004.33     8,800.18

LFORM24                                                                              Ver: 17.01

FORM 2

Page: 16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-31532 -JCW |
| Case Name: | ESA ENVIRONMENTAL |
| Taxpayer ID No: | *******5096 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | STAN CAMPBELL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0654  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 3,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 367,011.60 | 367,011.60 | 0.00 |
| Less: Bank Transfers/CD's | 357,011.60 | 4,000.00 | |
| Subtotal | 10,000.00 | 363,011.60 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 363,011.60 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9125 | 0.00 | 0.00 | 4,000.00 |
| Checking - Non Interest - ********9133 | 0.00 | 0.00 | 206,834.10 |
| Money Market Account (Interest Earn - ********9979 | 569,885.00 | 6,039.30 | 0.00 |
| Checking - Non Interest - ********0654 | 10,000.00 | 363,011.60 | 0.00 |
| | 579,885.00 | 369,050.90 | 210,834.10 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00        0.00

Ver: 17.01

LFORM24